IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE MESSER, a/k/a DIANE M. McCUTCHEON, and CHARLES MESSER, <br>         Plaintiffs, <br> v. <br><br> FIRST FINANCIAL FEDERAL CREDIT UNION OF MARYLAND, <br>         Defendant. | CIVIL ACTION <br> NO. 11-4144 |

## ORDER

**AND NOW**, this 30th day of July 2012, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint [Doc. No. 13]; Plaintiffs' Response in Opposition thereto [Doc. No. 20]; Defendant's Reply [Doc. No. 21]; and Plaintiffs' Sur-Reply [Doc. No. 24]; and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED in part and DENIED in part**, as follows:

    1.    Defendant's Motion is **GRANTED** as to Count IV (Intentional Infliction of Emotional Distress); accordingly,

        (a)    as to Plaintiff Charles Messer, Count IV is **DISMISSED with prejudice**; and

        (b)    as to Plaintiff Diane Messer, Count IV is **DISMISSED without prejudice**, with leave to amend <u>within twenty-one (21) days</u> of the date of this Order; and

    2.    Defendant's Motion is **GRANTED** as to Count V (Loss of Consortium), which is **DISMISSED with prejudice**; and

    3.    Defendant's Motion is **DENIED** as to Counts I-III.

    It is so **ORDERED**.

                                                                                                    **BY THE COURT:**

                                                                                                    /s/ Cynthia M. Rufe

                                                                                                    **CYNTHIA M. RUFE, J.**